Miller v Bevard (2025 NY Slip Op 07210)

Miller v Bevard

2025 NY Slip Op 07210

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, NOWAK, AND HANNAH, JJ.

1018 CA 24-00977

[*1]KENNETH MILLER, PLAINTIFF-APPELLANT,
vGRETCHEN BEVARD, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF ERIC BEVARD, DECEASED, DEFENDANT-RESPONDENT.

PAPPAS, COX, KIMPEL, DODD & LEVINE, P.C., SYRACUSE (THOMAS P. GIVAS OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
MELVIN & MELVIN, PLLC, SYRACUSE (ROGER W. BRADLEY OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Jefferson County (William F. Ramseier, J.), entered November 29, 2023. The order, insofar as appealed from, dismissed the complaint "with respect to the right of way to the water." 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court